# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 13-7080　　　　　　　　　　　　September Term, 2014

1:09-cv-01761-BAH

**Filed On:** March 27, 2015

Gregory Slate,

  Appellant

 v.

American Broadcasting Companies, Inc., et al.,

  Appellees

---

  **BEFORE:** Tatel, Millett, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing, it is

**ORDERED** that the petition be denied.

### Per Curiam

          **FOR THE COURT:**
          Mark J. Langer, Clerk

      BY: /s/
         Michael C. McGrail
         Deputy Clerk/LD